THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMY SCOTT, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.